IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| UNITED STATES OF AMERICA, | Case No. |
|---|---|
| Plaintiff, | **COUNT ONE**: |
| v. | *Felon in Possession of a Firearm* |
| | 18 U.S.C. §§ 922(g)(1) and 924(a)(2) |
| JAMES E. EVERETT, JR., | NMT: 10 Years Imprisonment |
| [DOB: 08/01/1986] | NMT: $250,000 Fine |
| | NMT: 3 Years Supervised Release |
| Defendant. | Class C Felony |
| | Plus: $100 Mandatory Special Assessment |
| | |
| | **COUNT TWO**: |
| | *Possession of a Controlled Substance* |
| | 21 U.S.C. § 844(a) |
| | NMT: 1 Year Imprisonment |
| | NMT: $1,000 Fine |
| | NMT: 1 Year Supervised Release |
| | Class A Misdemeanor |
| | Plus: $25 Mandatory Special Assessment |

# I N D I C T M E N T

THE GRAND JURY CHARGES THAT:

## COUNT ONE

On or about March 10, 2016, in the Western District of Missouri, the defendant, JAMES E. EVERETT, JR., having been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess, in and affecting commerce, a firearm, to wit, a Ruger, Model P95, 9mm pistol, Serial Number 316-67472, which had been transported in interstate commerce, contrary to the provisions of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## COUNT TWO

On or about March 10, 2016, in the Western District of Missouri, the defendant, JAMES E. EVERETT, JR., knowingly and intentionally possessed a quantity of a mixture or substance containing a detectable amount of heroin, a Schedule I controlled substance, contrary to the provisions of Title 21, United States Code, Section 844(a).

A TRUE BILL.

    3/30/16　　　　　　　　　　　　　　　　　　/s/ Laurie A. Payne
DATE　　　　　　　　　　　　　　　　　　　　　FOREPERSON OF THE GRAND JURY

/s/ Rudolph R. Rhodes, IV
Rudolph R. Rhodes, IV  #39310
Assistant United States Attorney
Narcotics & Violent Crimes Unit
Western District of Missouri