**IN THE UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF MISSOURI**
**WESTERN DIVISION**

UNITED STATES OF AMERICA,

               Plaintiff,

    v.

JAMES E. EVERETT, JR.,
[DOB: 08/01/1986]

           Defendant.

Case No. 16-00110-01-CR-W-DGK

**COUNT ONE**:
***Threatening a Federal Law Enforcement Officer***
18 U.S.C. §§ 115(a)(1)(B) and (b)(4)
NMT 6 Years Imprisonment
NMT $250,000 Fine
NMT 3 Years Supervised Release
Class D Felony
$100 Mandatory Special Assessment

**COUNT TWO**:
***Felon in Possession of a Firearm***
18 U.S.C. §§ 922(g)(1) and 924(a)(2)
NMT 10 Years Imprisonment
NMT $250,000 Fine
NMT 3 Years Supervised Release
Class C Felony
$100 Mandatory Special Assessment

**COUNT THREE**:
***Possession of a Controlled Substance***
21 U.S.C. § 844(a)
NMT 1 Year Imprisonment
NMT $1,000 Fine
NMT 1 Year Supervised Release
Class A Misdemeanor
$25 Mandatory Special Assessment

## SUPERSEDING INDICTMENT

THE GRAND JURY CHARGES THAT:

## COUNT ONE

On or about March 10, 2016, in the Western District of Missouri, the defendant, JAMES E. EVERETT, JR., did threaten to assault a Federal Protective Service officer, with intent to impede, intimidate, interfere with, or retaliate against the officer while engaged in the

performance of official duties, contrary to the provisions of Title 18, United States Code, Sections 115(a)(1)(B) and (b)(4).

## COUNT TWO

On or about March 10, 2016, in the Western District of Missouri, the defendant, JAMES E. EVERETT, JR., having been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess, in and affecting commerce, a firearm, to wit, a Ruger, Model P95, 9mm pistol, Serial Number 316-67472, which had been transported in interstate commerce, contrary to the provisions of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## COUNT THREE

On or about March 10, 2016, in the Western District of Missouri, the defendant, JAMES E. EVERETT, JR., knowingly and intentionally possessed a quantity of a mixture or substance containing a detectable amount of heroin, a Schedule I controlled substance, contrary to the provisions of Title 21, United States Code, Section 844(a).

A TRUE BILL.

_____11/15/16_____          _____/s Laurie A. Payne_____
DATE                                   FOREPERSON OF THE GRAND JURY


/s/ Jeffrey Q. McCarther_____
Jeffrey Q. McCarther
Assistant United States Attorney
Narcotics & Violent Crimes Unit
Western District of Missouri

2