IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                      Plaintiff,<br><br>   v.<br><br>JAMES E. EVERETT, JR.,<br>[DOB: 08/01/1986]<br><br>                      Defendant. | Case No. <u>16-00110-01-CR-W-BCW</u><br>**COUNT ONE**:<br>*Threatening a Federal Law Enforcement Officer*<br>18 U.S.C. §§ 115(a)(1)(B) and (b)(4)<br>NMT 6 Years Imprisonment<br>NMT $250,000 Fine<br>NMT 3 Years Supervised Release<br>Class D Felony<br><br>**COUNT TWO**:<br>*Forcibly Resisting a Federal Law Enforcement Officer*<br>18 U.S.C. § 111(a)(1)<br>NMT 8 Years Imprisonment<br>NMT $250,000 Fine<br>NMT 3 Years Supervised Release<br>Class D Felony<br><br>**COUNT THREE**:<br>*Felon in Possession of a Firearm*<br>18 U.S.C. §§ 922(g)(1) and 924(a)(2)<br>NMT 10 Years Imprisonment<br>NMT $250,000 Fine<br>NMT 3 Years Supervised Release<br>Class C Felony<br><br>$100 Mandatory Assessment Each Count |

**SECOND SUPERSEDING INDICTMENT**

THE GRAND JURY CHARGES THAT:

**COUNT ONE**

On or about March 10, 2016, in the Western District of Missouri, the defendant, JAMES E. EVERETT, JR., did threaten to assault a Federal Protective Service officer, with intent to impede, intimidate, interfere with, or retaliate against the officer while engaged in the

performance of official duties, contrary to the provisions of Title 18, United States Code, Sections 115(a)(1)(B) and (b)(4).

## COUNT TWO

On or about March 10, 2016, in the Western District of Missouri, the defendant, JAMES E. EVERETT, JR., knowingly and intentionally, did forcibly resist, oppose, and impede a Federal Protective Service officer while engaged in the performance of official duties, and such act involved physical contact with the officer, contrary to the provisions of Title 18, United States Code, Section 111(a)(1).

## COUNT THREE

On or about March 10, 2016, in the Western District of Missouri, the defendant, JAMES E. EVERETT, JR., having been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess, in and affecting commerce, a firearm, to wit, a Ruger, Model P95, 9mm pistol, Serial Number 316-67472, which had been transported in interstate commerce, contrary to the provisions of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

A TRUE BILL.

8/30/17  /s/ Carla F. Eye
DATE  FOREPERSON OF THE GRAND JURY

/s/ Jeffrey Q. McCarther
Jeffrey Q. McCarther
Assistant United States Attorney
Narcotics & Violent Crimes Unit
Western District of Missouri