IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>JAMES E. EVERETT, JR.,<br><br>  Defendant. | Case No. 4:16-CR-00110-BCW |

## VERDICT FORM

### COUNT ONE

We, the jury, find the defendant, JAMES E. EVERETT, JR., __Guilty__
(Guilty/Not Guilty)
of Threatening a Federal Law Enforcement Officer, as charged in Count One of the Indictment.

01/09/18
DATE

_[signature]_
FOREPERSON OF THE JURY

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JAMES E. EVERETT, JR.,

    Defendant.

Case No. 4:16-CR-00110-BCW

## VERDICT FORM

### COUNT TWO

We, the jury, find the defendant, JAMES E. EVERETT, JR., __Guilty__
                    *(Guilty/Not Guilty)*
of Forcibly Resisting a Federal Law Enforcement Officer, as charged in Count Two of the Indictment.

01-09-18
DATE

_allison T___
FOREPERSON OF THE JURY

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JAMES E. EVERETT, JR.,<br><br>Defendant. | Case No. 4:16-CR-00110-BCW |

## VERDICT FORM

## COUNT THREE

We, the jury, find the defendant, JAMES E. EVERETT, JR., __Guilty__
(Guilty/Not Guilty)
of being a Felon in Possession of a Firearm, as charged in Count Three of the Indictment.

01-09-18
DATE

_[signature]_
FOREPERSON OF THE JURY